O            **PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 08-1848-VAP (SSx)            Date:  February 10, 2009

Title:  JOSE A. GARCIA and AURELIA J. GARCIA -v- NDEX WEST, LLC; AMERICA'S SERVICING COMPANY; and DOES 1-50, inclusive
==========================================================
PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE (IN CHAMBERS)

    The Court has received and considered all papers filed in support of Defendant Wells Fargo Bank, N.A. dba America's Servicing Company's "Motion to Dismiss Complaint And For More Definite Statement" ("Motion").  Defendant's Motion is appropriate for resolution without a hearing.  <u>See</u> Fed. R. Civ. P. 78; L. R. 7-15.  The hearing set for the matter on February 23, 2009 at 10:00 a.m. is VACATED.

    Defendant filed its Motion on January 5, 2009 to be heard on February 23, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiffs Jose A.

MINUTES FORM 11                          Initials of Deputy Clerk <u>dts</u>
CIVIL -- GEN                      Page 1

EDCV 08-1848-VAP (SSx)
JOSE A. GARCIA and AURELIA J. GARCIA v NDEX WEST, LLC, et al.
MINUTE ORDER of February 10, 2009

Garcia and Aurelia J. Garcia are represented by counsel and filed no timely opposition.

    Under Local Rule 7-12, the Court finds Plaintiffs have consented to granting the Motion. Accordingly, Plaintiffs' Complaint is dismissed without prejudice.

    **IT IS SO ORDERED.**