JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. GARCIA and<br>AURELIA J. GARCIA,<br><br>             Plaintiff,<br><br>     v.<br><br>NDEX WEST, LLC;<br>AMERICA'S SERVICING<br>COMPANY; and DOES 1-50,<br>inclusive,<br><br>             Defendants. | Case No. EDCV 08-1848-VAP<br>(SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:  February 10, 2009         _____
                                   VIRGINIA A. PHILLIPS
                                   United States District Judge